UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-21457-cv-BLOOM

LEVORY W. HICKMON,

    Plaintiff,

v.

M. RICHARDSON, *et. al.*,

    Defendants.

_____/

### ORDER ON SWORN DECLARATION FOR EXCEPTION TO 3 STRIKE RULE

**THIS CAUSE** is before the Court upon a *sua sponte* review of *pro se* Plaintiff Levory W. Hickmon's Sworn Declaration for Exception to 3 Strike Rule. ECF No. [7] ("Letter"). The Court construes Plaintiff's Letter, seeking an "exception" to the three-strikes rule, as a Motion for Reconsideration of its May 30, 2023 Order Dismissing Amended Complaint, ECF No. [6]. *See Bingham v. Thomas*, 654 F.3d 1171, 1175 (11th Cir. 2011) (quoting *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998)) ("'Pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys' and are liberally construed."). Plaintiff has failed to set forth a legal or factual basis warranting the Court's reconsideration of its May 30, 2023 Order.

Accordingly, it is **ORDERED AND ADJUDGED** that the Letter, **ECF No. [7]**, is **DENIED**.

Case No. 23-cv-21457-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 6, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Levory W. Hickmon
746479
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
PRO SE